**No. 62160.**—E. G. Steinhilber & Co. *v.* United States, protest 247246-K (New York).

Opinion by DONLON, J. It was stipulated that the frog legs in question were exported from the United States prior to liquidation under customs supervision and in compliance with all regulations of the Bureau of Customs under section 558 (a) (2), Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, and that liquidation of entry 832516 subsequent thereto erroneously failed to recognize that, pursuant to said section 558, duty was not chargeable on the merchandise so exported. On the record presented, the protest was sustained as to said entry. Having been abandoned as to all other entries, the protest was dismissed as to all other merchandise other than that covered by the entry 832516.

**No. 62161.**—Cresca Co., Inc. *v.* United States, protests 318499-K, 319214-K, and 319916-K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiff was sustained.

JULY 2, 1958

**No. 62162.**—Belgian Linen Importing Co. *v.* United States, protests 309205-K, etc.—Protests abandoned April 23, 1958. (Not published.) (Initial No. 160232-K (B).) Plaintiff's application for rehearing granted.

**No. 62163.**—M. & D. Miller, Inc., and J. J. Murphy & Co. *v.* United States, protests 150308-K and 145957-K.—Protests abandoned June 17, 1958. (Not published.) (Initial No. 145957-K.) Plaintiffs' application for rehearing granted.